IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CV-257-F

| | | |
|---|---|---|
| CARLOS A. ALFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| VERIZON WIRELESS, INC., et. al, | ) | |
| | ) | |
| Defendants. | ) | |

The Clerk of Court is DIRECTED to re-assign this case to another district judge so as to avoid any appearance of a conflict.

SO ORDERED.

This, the 7th day of September, 2012.

_____
James C. Fox
Senior United States District Judge