UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CARLOS A. ALFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:12-CV-257-FL |
| ) | |
| VERIZON WIRELESS, INC.; LOWELL C. ) | |
| McADAM, CEO; NICOLE ZOOKE, Store ) | |
| Manager; REGINA DOE, Customer Service; ) | |
| SHIRLEY DOE, Customer Service; and, ) | |
| DANIEL MEAD, President, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 23, 2012, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed without prejudice. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on October 23, 2012, and Copies To:**
Carlos A. Alford (via U.S. Mail) 1404-B Harbour Drive, Wilmington, NC 28401


October 23, 2012            JULIE A. RICHARDS, CLERK
                              /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk